UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONNA DESPAIN,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC., d/b/a CHRYSLER CAPITAL,<br><br>Defendant. | Case No. 3:18-cv-2459-B<br><br>Honorable Judge Jane J. Boyle |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that DONNA DESPAIN ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 45 days. The Parties propose to file a stipulated dismissal, with prejudice, within 45 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 2nd day of January, 2019.

                                                      Respectfully submitted,

                                                      *s/ Omar T. Sulaiman*
                                                      Omar T. Sulaiman
                                                      Sulaiman Law Group, Ltd.
                                                      2500 S. Highland Avenue, Suite 200
                                                      Lombard, IL 60148
                                                      Phone: (630) 575-8181
                                                      osulaiman@sulaimanlaw.com
                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*_____
Omar T. Sulaiman