UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONNA DESPAIN,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC., d/b/a CHRYSLER CAPITAL,<br><br>Defendant. | Case No.: 3:18-cv-2459-B<br><br>Honorable Judge Jane J. Boyle |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DONNA DESPAIN and the Defendant, SANTANDER CONSUMER USA INC., d/b/a CHRYSLER CAPITAL, through their respective counsel and pursuant to Federal of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: January 18, 2019                    Respectfully Submitted,

DONNA DESPAIN                              SANTANDER CONSUMER USA INC., d/b/a
                                           CHRYSLER CAPITAL

*/s/ Omar T. Sulaiman*                     */s/ Virginia Bell Flynn (with consent)*
Omar T. Sulaiman                           Virginia Bell Flynn
*Counsel for Plaintiff*                    *Counsel for Defendant*
Sulaiman Law Group, LTD                    Troutman Sanders LLP
2500 S. Highland Ave., Suite 200           4320 Fairfax Avenue
Lombard, Illinois 60148                    Dallas, Texas 75205
Phone: (630) 575-8181                      Phone: (804) 697-1480
osulaiman@sulaimanlaw.com                  Virginia.flynn@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*
Omar T. Sulaiman